UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                         §
                                               §
BERMUDEZ, OMAR                                 §      Case No. 10-41089
                                               §
            Debtor(s)                          §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The case was converted to one under Chapter 7 on            . The
undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-41089 SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | Date Filed (f) or Converted (c): | 11/05/10 (c) |
| | | 341(a) Meeting Date: | 12/02/10 |
| For Period Ending: | 06/04/12 | Claims Bar Date: | 03/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 5447 W. Sunnyside, Chicago IL 60630 sing | 97,350.00 | 42,600.00 | | 150,000.00 | FA |
| 2. cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Bank of America Debtor has 1 | 150.00 | 0.00 | | 0.00 | FA |
| 4. Furniture and household goods and appliances worth | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Comic book collection Location: 5447 W. Sunnyside, | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothes Location: 5447 W. Sunnyside, Chicago IL 60 | 150.00 | 0.00 | | 0.00 | FA |
| 7. Various jewelry Location: 5447 W. Sunnyside, Chica | 100.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance policy with Metropolitan Life | 0.00 | 0.00 | | 0.00 | FA |
| 9. Dog from shelter Location: 5447 W. Sunnyside, Chic | 5.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.44 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $100,275.00     $42,600.00     $150,000.44     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

value in RE

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-41089 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4995 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5623 | | | |
| For Period Ending: | 06/04/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/11 | | Greater Illinois Title Company | | | 7,651.90 | | 7,651.90 |
| | 1 | GREATER ILLINOIS TITLE COMPANY | Memo Amount:      150,000.00 | 1110-000 | | | |
| | | CHASE MORTGAGE | Memo Amount:  (    55,813.34 ) | 4110-000 | | | |
| | | TITLE COMPANY | Memo Amount:  (     1,225.00 ) | 2500-000 | | | |
| | | CLOSING COST CREDIT | Memo Amount:  (    10,000.00 ) | 2500-000 | | | |
| | | EARNEST MONEY | Memo Amount:  (     7,500.00 ) | 4110-000 | | | |
| | | COUNTY TAXES | Memo Amount:  (     1,912.74 ) | 4700-000 | | | |
| | | COUNTY TAXES | Memo Amount:  (     2,695.00 ) | 4700-000 | | | |
| | | COMMISSION | Memo Amount:  (       900.00 ) | 3510-000 | | | |
| | | CLOSING FEES | Memo Amount:  (       513.00 ) | 2500-000 | | | |
| | | TRANSFER TAXES | Memo Amount:  (       675.00 ) | 4700-000 | | | |
| | | IL DEPARTMENT OF REVENUE | Memo Amount:  (     2,118.47 ) | 4700-000 | | | |
| | | GREATER IL TITLE SURVEY CO | Memo Amount:  (       300.00 ) | 2500-000 | | | |
| | | CHICAGO DEPARTMENT OF WATER | Memo Amount:  (       420.21 ) | 2500-000 | | | |
| | | CHICAGO DEPARTMENT OF REVENUE | Memo Amount:  (        90.00 ) | 2500-000 | | | |
| | | FELIX BERMUDEZ | Memo Amount:  (    22,651.90 ) | 8500-000 | | | |
| | | | SETTLEMENT CHARGES | | | | |
| | | LUIS BERMUDEZ | Memo Amount:  (    20,533.44 ) | 8500-000 | | | |
| | | | SETTLEMENT CHARGES | | | | |
| | | OMAR BERMUDEZ | Memo Amount:  (    15,000.00 ) | 8100-000 | | | |
| | | | HOMESTEAD EXEMPTION | | | | |
| 09/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 7,651.93 |
| 10/31/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,651.99 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.75 | 7,642.24 |
| 11/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,642.30 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.42 | 7,632.88 |
| 12/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,632.94 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.41 | 7,623.53 |

Page Subtotals        7,652.11        28.58

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-41089 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4995 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5623 | | | |
| For Period Ending: | 06/04/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,623.60 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,613.60 |
| 02/29/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,613.66 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.05 | 7,604.61 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.36 | 7,598.25 |
| 03/30/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,598.31 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.35 | 7,588.96 |
| 04/20/12 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 7,589.00 |
| 04/20/12 | | Transfer to Acct #*******5350 | Final Posting Transfer | 9999-000 | | 7,589.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 150,000.00 | COLUMN TOTALS | 7,652.34 | 7,652.34 | 0.00 |
| Memo Allocation Disbursements: | 142,348.10 | Less: Bank Transfers/CD's | 0.00 | 7,589.00 | |
| | | Subtotal | 7,652.34 | 63.34 | |
| Memo Allocation Net: | 7,651.90 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 7,652.34 | 63.34 | |

Page Subtotals  0.23  7,623.76

UST Form 101-7-TFR (5/1/2011) (Page: 5)
LFORM24
Ver: 16.06b

**FORM 2**

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41089 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5350 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5623 | | |
| For Period Ending: | 06/04/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/12 | | Transfer from Acct #*******4995 | Transfer In From MMA Account | 9999-000 | 7,589.00 | | 7,589.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,589.00 | 0.00 | 7,589.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,589.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |
| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 150,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 142,348.10 | Money Market - Interest Bearing - ********4995 | 7,652.34 | 63.34 | 0.00 |
| | | | Checking Account (Non-Interest Earn - ********5350 | 0.00 | 0.00 | 7,589.00 |
| | Total Memo Allocation Net: | 7,651.90 | | ---------------- | ---------------- | ---------------- |
| | | | | 7,652.34 | 63.34 | 7,589.00 |
| | | | | ========= | ========= | ========= |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,589.00    0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Ver: 16.06b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2012 |

Case Number: 10-41089  
Debtor Name: BERMUDEZ, OMAR  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 002<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $16,564.00 | $0.00 | $16,564.00 |
| 002<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $61.21 | $0.00 | $61.21 |
| 001<br>2700-00 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| 000001<br>052<br>5200-00 | Higher Education Student Assistance Authority<br>P O Box 548<br>Trenton, New Jersey 08625 | Priority | | $4,504.21 | $0.00 | $4,504.21 |
| 000002<br>052<br>5200-00 | Asset Acceptance LLC / Assignee / Ge Capital / Wal<br>Po Box 2036<br>Warren MI 48090 | Priority | | $275.63 | $0.00 | $275.63 |
| 000004<br>052<br>5200-00 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre pa. 18706 | Priority | | $15,698.72 | $0.00 | $15,698.72 |
| 000005<br>052<br>5200-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Priority | | $15,757.88 | $0.00 | $15,757.88 |
| 000006<br>052<br>5200-00 | US Department of Ediucation<br>P O Box 5609<br>Greenville, TX 75403 | Priority | | $9,593.71 | $0.00 | $9,593.71 |
| 000003<br>050<br>4110-00 | JPMorgan Chase Bank, N.A.<br>Chase Records Center<br>Mail Code LA4-5555 - 700 Kansas Lane<br>Monroe, LA 71203 | Secured | | $29,962.43 | $0.00 | $29,962.43 |
| | Case Totals: | | | $92,710.79 | $0.00 | $92,710.79 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-41089
Case Name: BERMUDEZ, OMAR
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Charges: CLERK OF US BANKRUPTCY COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Higher Education Student Assistance Authority | $ | $ | $ |
| 000002 | Asset Acceptance LLC / Assignee / Ge Capital / Wal | $ | $ | $ |
| 000004 | sallie mae | $ | $ | $ |
| 000006 | US Department of Ediucation | $ | $ | $ |

Total to be paid to priority creditors                          $_____

Remaining Balance                                               $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE