# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BERMUDEZ, OMAR | § | Case No. 10-41089 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/10/2012 in Courtroom 642,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2012          By: /s/ Andrew J. Maxwell
                                                Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BERMUDEZ, OMAR § Case No. 10-41089
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 150,000.44 |
| and approved disbursements of | $ 142,411.44 |
| leaving a balance on hand of[1] | $ 7,589.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 7,840.76 | $ 0.00 | $ 2,338.20 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 16,564.00 | $ 0.00 | $ 4,939.55 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 61.21 | $ 0.00 | $ 18.25 |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,589.00 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 30,072.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Higher Education Student Assistance Authority | $ 4,504.21 | $ 0.00 | $ 0.00 |
| 000002 | Asset Acceptance LLC / Assignee / Ge Capital / Wal | $ 275.63 | $ 0.00 | $ 0.00 |
| 000004 | sallie mae | $ 15,698.72 | $ 0.00 | $ 0.00 |
| 000006 | US Department of Ediucation | $ 9,593.71 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $          0.00

Remaining Balance                             $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                      Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-41089-TAB
Omar Bermudez Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: pgordon     Page 1 of 3     Date Rcvd: Jun 11, 2012
                    Form ID: pdf006     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2012.

```
db            #+Omar Bermudez,    5447 W. Sunnyside,    Chicago, IL 60630-3517
16227186      +Advocate Illinois Masonic Medical C,    836 W. Wellington Ave,    Chicago, IL 60657-5147
16449985      +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4543
16227198      +Allied Interstate Inc,    12755 Hwy 55 Suite 300,    Minneapolis, MN 55441-4676
16132103      +Allied Interstate Inc.,    12755 Hwy 55,    Suite 300,    Plymouth, MN 55441-4676
16227189      +C T Corporation System,    agent for,    208 S. LaSalle, Suite 814,    Chicago, IL 60604-1101
16227190       CRD PRT Associates,    One Galleria Tower,    Dallas, TX 75240
16227181      +Chase,    P O Box 15145,    Wilmington,DE 19850-5145
16227183       Chase,    P O Box 15298,    Wilmington, DE 19850-5298
16227182       Chase,    P O Box 15299,    Wilmington DE 19850-5299
16227184       Chase Home Finance,    P O Box 78420,    Columbus, OH 43224-0696
16227180      +Chase Home Finance LLC,    194 Wood Ave S,    Iselin, NJ 08830-2710
16343197      +Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
17068378      +Chase Home Finance LLC,    Pob 24696,    Columbus OH 43224-0696
16449986      +City of Chicago - Water Dept,    333 S State, Suite LL10,    P O Box 6330,    Chicago, IL 60680-6330
16449987       ComCast,    P O Box 3002,    Southeastern PA 19398-3002
16227185      +Freedman Anselmo Lindberg and Rappe,    1807 West Diehl Road Suite 200,
                Naperville, IL 60563-1890
16227191      +HSBC/CARSN,    P O BOX 15521,    Wilmington, DE 19850-5521
16319873      +Higher Education Student Assistance Authority,    P O Box 548,    Trenton, New Jersey 08625-0548
16449988      +Illinois Masonic Medical Center,    836 W Wellington,    Chicago, iL 60657-5147
17314958       JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
                Monroe, LA 71203
16227193       KCA Financial Services Inc,    628 North Street,    P O Box 53,    Geneva, IL 60134-0053
16227194      +New Jersey Higher Education,    CN 548,    Trenston, NJ 08625-0548
16227195      +Professional Account Management,    633 W. Wisconsin Ave,    Milwaukee, WI 53203-1920
16227196      +RMI/MCSI,    3348 Ridge Road,    Lansing,IL 60438-3112
16227199      +US Department of Ediucation,    P O Box 5609,    Greenville, TX 75403-5609
16449989       Uptown Orthopaedic Surgeions,    P O Box 19434,    Springfield, IL 62794-9434
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16334553      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 12 2012 01:22:09
                Asset Acceptance LLC / Assignee / Ge Capital / Wal,    Po Box 2036,    Warren MI 48090-2036
16227188      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 12 2012 01:22:09      Asset Acceptance, LLC,
                P O Box 1630,    Warren, MI 48090-1630
16227187       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 12 2012 01:22:09      Asset Acceptance, LLC,
                P O Box 2036,    Warren, MI 48090-2036
16227192      +E-mail/Text: Bankruptcy@icsystem.com Jun 12 2012 04:26:47     IC System Inc,    P O Box 64378,
                Saint Paul, MN 55164-0378
16227197      +E-mail/PDF: pa_dc_claims@salliemae.com Jun 12 2012 05:35:17      Sallie Mae Servicing,
                P O Box 9500,    Wilkes Barre, PA 18773-9500
16607061      +E-mail/PDF: pa_dc_claims@salliemae.com Jun 12 2012 05:35:17      sallie mae,    c/o sallie mae inc.,
                220 lasley ave.,    wilkes-barre pa 18706-1496
                                                                                              TOTAL: 6
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16717373*     +Sallie Mae,    c/o Sallie Mae Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: pgordon              Page 2 of 3             Date Rcvd: Jun 11, 2012
                              Form ID: pdf006            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2012**             **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon              Page 3 of 3                  Date Rcvd: Jun 11, 2012
                              Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2012 at the address(es) listed below:

         Andrew J Maxwell    maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
         David S Yen    on behalf of Debtor Omar Bermudez dyen@lafchicago.org,   lafbknotices@gmail.com
         Jaclyn H. Smith    on behalf of Plaintiff Andrew Maxwell jhsmith@maxwellandpotts.com,
         preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
         naelipas@maxwellandpotts.com
         Lea A Weems    on behalf of Debtor Omar Bermudez lweems@lafchicago.org
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         TOTAL: 5