UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                               §
                                     §
BERMUDEZ, OMAR                       §    Case No. 10-41089
                                     §
            Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on           , and it was converted to chapter 7 on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OMAR BERMUDEZ |  |  |  |
| FELIX BERMUDEZ |  |  |  |
| LUIS BERMUDEZ |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance LLC PO Box 24696 Columbus, OH 43224-0696 | | | | | |
| | Chase Home Finance P.O. Box 78420 Phoenix, AZ 85062-8420 | | | | | |
| | Chase PO Box 15145 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase PO Box 15299 Wilmington, DE 19850-5299 | | | | | |
| | Freedman Anselmo Lindberg and Rappe 1807 West Diehl Road Suite 200 Naperville, IL 60566-7107 | | | | | |
| | CHASE MORTGAGE | | | | | |
| | EARNEST MONEY | | | | | |
| 000003 | JPMORGAN CHASE BANK, N.A. | | | | | |
| | COUNTY TAXES | | | | | |
| | COUNTY TAXES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL DEPARTMENT OF REVENUE | | | | | |
| | TRANSFER TAXES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CHICAGO DEPARTMENT OF REVENUE | | | | | |
| CHICAGO DEPARTMENT OF WATER | | | | | |
| CLOSING COST CREDIT | | | | | |
| CLOSING FEES | | | | | |
| GREATER IL TITLE SURVEY CO | | | | | |
| TITLE COMPANY | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| COMMISSION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ASSET ACCEPTANCE LLC / ASSIGNEE / G | | | | | |
| 000001 | HIGHER EDUCATION STUDENT ASSISTANCE | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000005 | SALLIE MAE | | | | | |
| 000006 | US DEPARTMENT OF EDIUCATION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Illinois Masonic Medical C 836 W. Wellington Ave. Chicago, IL 60657 | | | | | |
| | Allied Interstate Inc 12755 Hwy 55 Suite 300 Minneapolis, MN 55441 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance, LLC P.O. Box 1630 Warren, MI 48090 | | | | | |
| | C T Corporation System agent for 208 S. LaSalle. Suite 814 Chicago, IL 60604 | | | | | |
| | CRD PRT Associates One Galleria Tower Dallas, TX 75240 | | | | | |
| | HSBC/CARSN P.O. Box 15521 Wilmington, DE 19850 | | | | | |
| | IC System Inc POB 64378 Saint Paul, MN 55164 | | | | | |
| | KCA Financial Services Inc 628 North Street PO Box 53 Geneva, IL 60134-0053 | | | | | |
| | Professional Account Management 633 W. Wisconsin Ave. Milwaukee, WI 53233 | | | | | |
| | RMI/MCSI 3348 Ridge Road Lansing, IL 60438 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-41089   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | Date Filed (f) or Converted (c): | 11/05/10 (c) |
| | | 341(a) Meeting Date: | 12/02/10 |
| For Period Ending: | 08/08/12 | Claims Bar Date: | 03/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 5447 W. Sunnyside, Chicago IL 60630 sing | 97,350.00 | 42,600.00 | | 150,000.00 | FA |
| 2. cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Bank of America Debtor has 1 | 150.00 | 0.00 | | 0.00 | FA |
| 4. Furniture and household goods and appliances worth | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Comic book collection Location: 5447 W. Sunnyside, | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothes Location: 5447 W. Sunnyside, Chicago IL 60 | 150.00 | 0.00 | | 0.00 | FA |
| 7. Various jewelry Location: 5447 W. Sunnyside, Chica | 100.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance policy with Metropolitan Life | 0.00 | 0.00 | | 0.00 | FA |
| 9. Dog from shelter Location: 5447 W. Sunnyside, Chic | 5.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.44 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $100,275.00 | $42,600.00 | $150,000.44 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

value in RE

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-41089 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4995 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5623 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/11 | | Greater Illinois Title Company | | | 7,651.90 | | 7,651.90 |
| | 1 | GREATER ILLINOIS TITLE COMPANY | Memo Amount: 150,000.00 | 1110-000 | | | |
| | | CHASE MORTGAGE | Memo Amount: ( 55,813.34 ) | 4110-000 | | | |
| | | TITLE COMPANY | Memo Amount: ( 1,225.00 ) | 2500-000 | | | |
| | | CLOSING COST CREDIT | Memo Amount: ( 10,000.00 ) | 2500-000 | | | |
| | | EARNEST MONEY | Memo Amount: ( 7,500.00 ) | 4110-000 | | | |
| | | COUNTY TAXES | Memo Amount: ( 1,912.74 ) | 4700-000 | | | |
| | | COUNTY TAXES | Memo Amount: ( 2,695.00 ) | 4700-000 | | | |
| | | COMMISSION | Memo Amount: ( 900.00 ) | 3510-000 | | | |
| | | CLOSING FEES | Memo Amount: ( 513.00 ) | 2500-000 | | | |
| | | TRANSFER TAXES | Memo Amount: ( 675.00 ) | 4700-000 | | | |
| | | IL DEPARTMENT OF REVENUE | Memo Amount: ( 2,118.47 ) | 4700-000 | | | |
| | | GREATER IL TITLE SURVEY CO | Memo Amount: ( 300.00 ) | 2500-000 | | | |
| | | CHICAGO DEPARTMENT OF WATER | Memo Amount: ( 420.21 ) | 2500-000 | | | |
| | | CHICAGO DEPARTMENT OF REVENUE | Memo Amount: ( 90.00 ) | 2500-000 | | | |
| | | FELIX BERMUDEZ | Memo Amount: ( 22,651.90 ) SETTLEMENT CHARGES | 8500-000 | | | |
| | | LUIS BERMUDEZ | Memo Amount: ( 20,533.44 ) SETTLEMENT CHARGES | 8500-000 | | | |
| | | OMAR BERMUDEZ | Memo Amount: ( 15,000.00 ) HOMESTEAD EXEMPTION | 8100-000 | | | |
| 09/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 7,651.93 |
| 10/31/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,651.99 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.75 | 7,642.24 |
| | | | Page Subtotals | | 7,651.99 | 9.75 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-41089 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4995 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5623 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,642.30 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.42 | 7,632.88 |
| 12/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,632.94 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.41 | 7,623.53 |
| 01/31/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,623.60 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,613.60 |
| 02/29/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,613.66 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.05 | 7,604.61 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.36 | 7,598.25 |
| 03/30/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,598.31 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.35 | 7,588.96 |
| 04/20/12 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 7,589.00 |
| 04/20/12 | | Transfer to Acct #*******5350 | Final Posting Transfer | 9999-000 | | 7,589.00 | 0.00 |

Page Subtotals        0.35        7,642.59

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-41089 -SPS |
| Case Name: | BERMUDEZ, OMAR |
| Taxpayer ID No: | *******5623 |
| For Period Ending: | 08/08/12 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4995  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 150,000.00 | COLUMN TOTALS | 7,652.34 | 7,652.34   0.00 |
| Memo Allocation Disbursements: | 142,348.10 | Less: Bank Transfers/CD's | 0.00 | 7,589.00 |
| | | Subtotal | 7,652.34 | 63.34 |
| Memo Allocation Net: | 7,651.90 | Less: Payments to Debtors | | 0.00 |
| | | Net | 7,652.34 | 63.34 |

Page Subtotals            0.00            0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41089 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5350 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5623 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/12 | | Transfer from Acct #*******4995 | Transfer In From MMA Account | 9999-000 | 7,589.00 | | 7,589.00 |
| 07/11/12 | 001001 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | CLERK OF THE COURT COSTS<br>Final Distribution | 2700-000 | | 293.00 | 7,296.00 |
| 07/11/12 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>Final Distribution | 3110-000 | | 4,939.55 | 2,356.45 |
| 07/11/12 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM)<br>Final Distribution | 3120-000 | | 18.25 | 2,338.20 |
| 07/11/12 | 001004 | ANDREW J MAXWELL ESQ<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS STREET STE 3200<br>CHICAGO, IL  60603 | COMPENSATION - TRUSTEE<br>Final Distribution | 2100-000 | | 2,338.20 | 0.00 |

Page Subtotals  7,589.00  7,589.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41089 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERMUDEZ, OMAR | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5350 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5623 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 7,589.00 | 7,589.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 7,589.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,589.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,589.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 150,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 142,348.10 | Money Market - Interest Bearing - ********4995 | | 7,652.34 | 63.34 | 0.00 |
| | | | Checking Account (Non-Interest Earn - ********5350 | | 0.00 | 7,589.00 | 0.00 |
| | Total Memo Allocation Net: | 7,651.90 | | | ------------------ | ------------------ | ------------------ |
| | | | | | 7,652.34 | 7,652.34 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*